**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIRIAM JULISA MARTINEZ-GOMEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HOMELAND ) <br> SECURITY, ET AL., ) <br> ) <br> Respondents. ) <br> _____ ) | NO. SA CV 12-899-CAS(E) <br><br><br><br> ORDER TO SHOW CAUSE |

    On June 7, 2012, the Court received a "Petition for Writ of Habeas Corpus, etc.," purportedly filed on behalf of Petitioner Miriam Julisa Martinez-Gomez. Petitioner did not verify the Petition. David W. Williams, purportedly acting on behalf of Petitioner, signed the Petition as an attorney. The Petition appears to allege that immigration authorities removed Petitioner from the United States on May 15, 2012, pursuant to a removal order from which Petitioner wishes to seek relief.

    Within thirty (30) days of the date of this Order, Petitioner shall file a document attempting to show cause, if there be any, why

1  the Petition should not be denied and dismissed without prejudice:
2  (1) for failure to satisfy the "in custody" jurisdictional requirement
3  set forth in 28 U.S.C. section 2241(c); (2) for failure to comply with
4  Local Rule 83-16.2; and (3) for lack of jurisdiction by reason of 8
5  U.S.C. section 1252(a)(5).  Failure timely to show cause may result in
6  the denial and dismissal of the Petition.

8      DATED:   June 8, 2012

10                         _____/S/_____
                                    CHARLES F. EICK
11                         UNITED STATES MAGISTRATE JUDGE

2